No. 68978.—Roto Bag Machine Corp. and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 58/11024, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 29, 1964

No. 68979.—Brandon Brown, Inc. *v.* United States, protest 63/20075 (San Francisco).

Opinion by NICHOLS, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, DECEMBER 29, 1964

No. 68980.—William Shaland *v.* United States, protest 326884-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of dime banks similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C.D. 1784), except that tin is the component material of chief value of the involved merchandise, the claim of the plaintiff was sustained.

No. 68981.—Vanguard Military Equipment Co. *v.* United States, protests 59/27643, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia, composed in chief value of bullions, similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.